FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 1 8 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| *v.* | |
| ALNASHIR PUNJANI | 1:24-cr- 012 |

THE UNITED STATES CHARGES THAT:

### Count One
### [18 U.S.C. § 371 – Conspiracy to Deliver and Introduce Unapproved Drugs]

1.  Beginning no later than in or about March 2019, and continuing until in or about September 2022, in the Northern District of Georgia and elsewhere, the defendant, **ALNASHIR PUNJANI**, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown, to commit an offense against the United States, that is, with the intent to defraud and mislead, to cause the receipt in interstate commerce of a drug that was misbranded, namely, male enhancement pills manufactured in India (Aurogra 100 mg tablets, Vigore 100 mg tablets, and Cenforce 100 mg tablets) containing the active pharmaceutical ingredient (API) Sildenafil, which is the same API as that in the prescription drug Viagra, and caused the delivery and proffered delivery of such drug for pay and otherwise, which was misbranded within the meaning of Title 21, United States Code, Section 352(f)(1), in that the drug's labeling failed to bear adequate directions for use, all in violation of Title 21, United States Code, Sections 331(c) and 333(a)(2).

**Manner and Means**

2.   Beginning no later than in or about March 2019 and continuing to in or about September 2022, Defendant **PUNJANI** imported thousands of Aurogra 100 mg tablets, Vigore 100 mg tablets, and Cenforce 100 mg tablets, which were male enhancement pills manufactured in India, but not authorized for sale in the United States by the U.S. Food and Drug Administration.

3.   Defendant **PUNJANI** used commercial shippers, such as DHL, to ship Aurogra 100 mg tablets, Vigore 100 mg tablets, and Cenforce 100 mg tablets internationally from India to the Northern District of Georgia.

4.   Defendant **PUNJANI** maintained locations in Norcross, Duluth, and Tucker, Georgia, and a residence in Stone Mountain, Georgia where he would receive Aurogra, Vigore, and Cenforce tablets and, with the intent to defraud and mislead, organize them for resell in the Northern District of Georgia.

**Overt Acts**

5.   In furtherance of the conspiracy and to effect the objects and purposes thereof, the defendant committed and caused to be committed the following overt acts, among others, in the Northern District of Georgia and elsewhere:

     a.   On or about August 8, 2019, Defendant **PUNJANI** received an international shipment containing approximately 5,000 Aurogra 100 mg tablets that had been shipped in interstate and foreign commerce.

b. On or about December 3, 2019, Defendant **PUNJANI** received an international shipment containing approximately 5,000 Vigore 100 mg tablets that had been shipped in interstate and foreign commerce.

c. On or about December 17, 2019, Defendant **PUNJANI** received an international shipment containing approximately 5,000 Cenforce 100 mg tablets that had been shipped in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 371.

## Forfeiture

6. Upon conviction of Count One of this Information, the defendant, **ALNASHIR PUNJANI**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 334 and Title 28, United States Code, Section 2461(c), any quantities of drugs which were misbranded when received in interstate commerce, or while in interstate commerce, or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which were introduced into interstate commerce, in violation of Title 21, United States Code, Section 331.

7. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

3

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided
    without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section
853(p), to seek forfeiture of any other property of the defendant up to the value
of the forfeitable property.


RYAN K. BUCHANAN
*United States Attorney*

ALEX R. SISTLA
  *Assistant United States Attorney*
Georgia Bar No. 845602

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4